IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANNA BARRY,         ) | |
| ) | |
| Plaintiff,         ) | |
| ) | |
| v.         ) | No: |
| ) | |
| JEWEL FOOD STORES, INC., a Foreign         ) | |
| Corporation, d/b/a JEWEL OSCO, and         ) | |
| NEW ALBERTSON'S, INC., A Foreign         ) | |
| Corporation, d/b/a JEWEL OSCO,         ) | |
| ) | |
| Defendants.         ) | |

## NOTICE OF REMOVAL

To:     The United States District Court for the Northern District of Illinois, Eastern
Division

Plaintiff's Counsel:     Gregory W. LaCost
R.F. Wittmeyer, Ltd.
2101 S. Arlington Heights Rd., Suite 103
Arlington Heights, IL 60005
847/357-0403
gwl@injurylawattys.com

Pursuant to 28 U.S.C. §1441 and 1446, Defendant, JEWEL FOOD STORES, INC.

("Jewel") and NEW ALBERTSON'S, INC. ("NAI"), through their attorneys, Stacy D. Fulco and

Claire D. Fisher of Bodell Bove LLC, hereby file this Notice of Removal of the above-captioned

matter from the Circuit Court of Cook County, Illinois, County Department, Law Division to the

United States District Court for the Northern District of Illinois, Eastern Division. In support of

this Notice, Defendants respectfully state as follows:

1.       On October 26, 2022, Plaintiff, Anna Barry, initiated the above-captioned action

by filing a Complaint for monetary damages in the Circuit Court of Cook County, Illinois, County

Department, Law Division against Defendants Jewel and NAI. (Complaint, Ex. "A").

2.      On November 4, 2022, Defendants' Registered Agent was served with Plaintiff's Complaint and Summons. (Proof of Service, Ex. "B").

3.      Removal, based on diversity of citizenship, is proper where all the parties properly joined and served as defendants are diverse and the amount in controversy has been met.

4.      The United States District Court for Northern District of Illinois, Eastern Division has jurisdiction over this action pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1332 for the following reasons:

a.      Based on the Complaint, the plaintiff is a resident of the City of Portage, County of Porter, State of Indiana. For this reason, for purposes of assessing diversity of citizenship, the plaintiff is a citizen of Indiana. (Complaint).

b.      Defendant Jewel is a corporation duly organized and existing under the laws of Ohio, with its principal place of business in the State of Illinois, 150 Pierce Rd #200, Itasca, IL 60143. (IL Secretary of State – Business Services, Ex. "C"). For this reason, for the purpose of assessing diversity of citizenship, Defendant is a citizen of Illinois.

c.      Defendant NAI is a corporation duly organized and existing under the laws of Delaware, with its principal place of business in the State of Idaho, 250 East Parkcenter Blvd Boise, ID 83706. (SEC Database Search – New Albertson's, Inc., Ex. "D"). For this reason, for the purpose of assessing diversity of citizenship, Defendant is a citizen of Idaho.

d.      According to the Complaint, the plaintiff seeks to recover for personal injuries she sustained after she was allegedly struck by shopping carts that were pushed by a Jewel employee and the plaintiff fell in the parking lot of the Jewel store.  Pursuant

to the complaint, the plaintiff seeks damages in the amount of $100,000. (Complaint). Therefore, the amount in controversy exceeds $75,000 exclusive of interest and costs.

5.      For the reasons set forth above, this lawsuit is removable from state court to the United States District Court for the Northern District of Illinois, Eastern Division, pursuant to 28 U.S.C. §1441 (a) and 28 U.S.C. §1332 (a)(2), (c)(1). Based on the Complaint and the defendants' investigation, complete diversity of citizenship exists among Plaintiff and Defendants and the amount in controversy exceeds $75,000 exclusive of interest and costs.

6.      28 U.S.C. §1446 imposes a 30-day limitation upon a defendant to timely file a Notice of Removal. Defendants' Notice of Removal is timely because it was filed within thirty days after the receipt by Defendants, through service, of the initial pleading setting forth the removable claims for relief. *See* 28 U.S.C. §1446(b).

7.      Written notice of the filing of this Notice of Removal has been served on the plaintiff through her counsel, as required by 28 U.S.C. §1446(d).

8.      A true copy of this Notice of Removal has been filled with the Circuit Court of Cook County, Illinois as provided by 28 U.S.C. §1446(d).

9.      By filing this Notice of Removal, Defendants do not waive any jurisdictional objections or any other defenses that are available.

WHEREFORE, Defendants, JEWEL FOOD STORES, INC., and NEW ALBERTSON'S, INC., respectfully request that this civil action be removed from the Circuit Court of Cook County, Illinois, and that this Court accept jurisdiction over this action, and proceed this Court as an action properly removed.

Respectfully submitted,

JEWEL FOOD STORES, INC. and
NEW ALBERTSON'S, INC.

By: __/s/ Stacy D. Fulco_____
        One of Their Attorneys

Stacy D. Fulco - ARDC #: 6242933
Claire D. Fisher – ARDC #: 6338964
BODELL BOVE LLC
2215 York Road, Suite 515
Oak Brook, IL 60523
#630/382-4800
#630/468-2158 FAX
SFulco@bodellbove.com
CFisher@bodellbove.com