IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANNA BARRY, | ) |
| Plaintiff | ) ) ) ) No. 1:22-cv-06722 |
| v. | ) ) Magistrate Judge: Jeffrey Gilbert |
| JEWEL FOOD STORES, INC., a Foreign Corporation, d/b/a JEWEL OSCO, and NEW ALBERTSON'S, INC., A Foreign Corporation, d/b/a JEWEL OSCO, | ) ) ) ) ) ) |
| Defendants. | |

## AGREEMENT OF SETTLEMENT

This Agreement of Settlement ("Settlement Agreement") is entered into by and between Plaintiff, Anna Barry ("Plaintiff"), and Defendant, Jewel Food Stores, Inc., for themselves and on behalf of all other named Defendants (Defendants).

**WHEREAS**, on October 26, 2022, Plaintiff commenced the Action in the Circuit Court of Cook County, Illinois; and

**WHEREAS**, on December 1, 2022, Defendants filed a Notice of Removal to the United States District Court for the Northern District of Illinois, Eastern Division; and

**WHEREAS**, Parties filed their Rule 26(a)(1) Joint Initial Disclosures on July 7, 2023, their Joint Status Report on October 11, 2023, and exchanged discovery; and

**WHEREAS**, on April 10, 2024 the Parties agreed to settlement.

**NOW, THEREFORE**, it is hereby stipulated and agreed, by and among the Parties, by and through their duly authorized counsel, that the Action shall be settled and compromised and dismissed with prejudice, each party to bear its own costs. The Court

shall also retain jurisdiction to enforce the settlement.

**IN WITNESS WHEREOF,** the Parties have executed this Settlement Agreement on the dates set forth below:

Dated:, 4/29/24

_____
Gregory W. La Cost
Plaintiff Representative

Dated: 4/29/24

_____
Stacy D. Pulco
Defendant Representative