# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Anna Barry

        Plaintiff,

v.                 Case No.: 1:22−cv−06722
                   Honorable Jeffrey T. Gilbert

Jewel Food Stores, Inc., et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 10, 2024:

   MINUTE entry before the Honorable Jeffrey T. Gilbert: Plaintiff's Motion to Withdraw Motion [59] is granted. Plaintiff's Motion to Adjudicate Lien [57] is withdrawn. The motion hearing set for 6/12/24 is stricken with no appearance required. Civil Case terminated. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.